**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| 391 Franklin Turnpike Limited Liability Company, a/k/a Franklin Turnpike, LLC, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER SCHEDULING SETTLEMENT CONFERENCE AND RESCHEDULING** |
| vs. | ) ) | **FINAL PRETRIAL CONFERENCE** |
| Greggory G. Tank, | ) ) | Case No. 4:12-cv-162 |
| Defendant. | ) | |

The undersigned shall conduct a settlement conference in this case on March 10, 2015, at 9:00 a.m. at the U.S. Courthouse located in Bismarck, North Dakota. Counsel and their clients shall personally appear.

The court shall conduct the final pretrial conference as necessary immediately following the settlement conference.

Dated this 24th day of February, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge